USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,         :

                                :

           -against-            :          22-CR-582 (VEC)

                                :

NELSON OLIVO,                   :           ORDER

                                :

                Defendant.      :

                                :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 20, 2023, the parties appeared at a change-of-counsel hearing.

      IT IS HEREBY ORDERED that Jeffrey G. Pittell is hereby appointed to represent Mr.

Olivo pursuant to the Criminal Justice Act.  The Clerk of Court is respectfully directed to

terminate Ms. Scolari from the docket.


**SO ORDERED.**

**Date:  March 20, 2023**           _____
**     New York, NY**              **VALERIE CAPRONI**
                                      **United States District Judge**