```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-                                      22-CR-582 (VEC)

NELSON OLIVO,                                     ORDER

                        Defendant.
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       On March 29, 2023, the Court received a letter from Mr. Olivo, dated March 15, 2023, that contained information related to Mr. Olivo's theory of defense to the pending charges and confidential medical information. The letter has been filed under seal, and a copy has been provided to Mr. Olivo's defense counsel.

       Defense counsel is ordered to inform Mr. Olivo that any future communications to the Court must be through defense counsel.

**SO ORDERED.**

**Date: March 29, 2023**
**New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**