```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

              -against-                         22-CR-582 (VEC)

    NELSON OLIVO,                           ORDER
                         Defendant.
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 5, 2023, Jeffrey Pittell filed an *ex parte* letter under seal requesting to be relieved as defense counsel for Mr. Olivo in light of Mr. Pittell's health issues.

    IT IS HEREBY ORDERED that a change of counsel hearing is scheduled for **Monday, July 10, 2023, at 3:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  July 5, 2023
         New York, NY

_____
**VALERIE CAPRONI
United States District Judge**