```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
              -against-                                           :    22-CR-582 (VEC)
                                                                  :
NELSON OLIVO,                                                     :    ORDER
                                          Defendant.              :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

  WHEREAS a change of counsel hearing is scheduled for **Monday, July 10, 2023, at 3:30 P.M.**; and

  WHEREAS the Government has informed the Court that it has a scheduling conflict at this time.

  IT IS HEREBY ORDERED that the change of counsel hearing is rescheduled to **Monday, July 10, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

  IT IS FURTHER ORDERED that CJA counsel on duty for Monday, July 10, 2023, is directed to attend the conference.

**SO ORDERED.**

Date:  July 5, 2023
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**