```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                    -against-                                        :    22-CR-582 (VEC)
                                                                     :
NELSON OLIVO,                                                        :    ORDER
                                                                     :
                                    Defendant.                       :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2023, the parties appeared at a change-of-counsel hearing.

IT IS HEREBY ORDERED that Telemachus P. Kasulis and Kathleen E. Cassidy are hereby appointed to represent Mr. Olivo pursuant to the Criminal Justice Act. The Clerk of Court is respectfully directed to terminate Mr. Pittell from the docket.

IT IS FURTHER ORDERED that the deadline for Mr. Olivo's pretrial motions is extended to **August 18, 2023**. The Government's response is due by **August 25, 2023**, and the Defendant's reply is due **September 1, 2023**. All other deadlines set forth in the Order at Dkt. 44 apply to Mr. Olivo. To the extent possible, Mr. Olivo is encouraged to file his motions jointly with the other defendants in this matter.

**SO ORDERED.**

Date: July 10, 2023
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**