USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

UNITED STATES OF AMERICA,

               -against-                                    22-CR-582 (VEC)

NELSON OLIVO,                                          ORDER

                              Defendant.

------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 7, 2023, the Defendant filed a motion seeking a bail hearing and release from custody, Dkt. 62;

       WHEREAS on September 14, 2023, the Government opposed the motion, Dkt. 73; and

       WHEREAS on September 15, 2023, the parties appeared before the Court for a bail hearing.

       IT IS HEREBY ORDERED that the motion is DENIED for the reasons stated at the hearing. The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 62.

**SO ORDERED.**

Date:  **September 15, 2023**
        **New York, NY**

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**