```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
        -against-                                          :    22-CR-582 (VEC)
                                                                     :
NELSON OLIVO,                                                        :    ORDER
                                                                     :
                Defendant.                             :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 21, 2023, the parties appeared for a status conference.

    IT IS HEREBY ORDERED that a hearing on the motion to suppress and oral argument on the motions *in limine* will be held on **Tuesday, October 24, 2023, at 11:00 A.M.** Not later than **October 17, 2023**, the parties must submit a joint letter setting forth the list of witnesses to be called at the suppression hearing.

    IT IS FURTHER ORDERED that jury selection and trial in this matter is ADJOURNED to **Monday, December 4, 2023, at 10:00 A.M.** The final pretrial conference will be held on **Thursday, November 30, 2023, at 2:30 P.M.** All proceedings will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: September 21, 2023
      New York, NY

                                                                **VALERIE CAPRONI**
                                                                 **United States District Judge**