USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
        -against- :     22-CR-582 (VEC)
:
NELSON OLIVO, :     <u>ORDER</u>
:
               Defendant. :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 3, 2023, Mr. Olivo filed a motion to suppress; and

    WHEREAS a hearing on this matter is scheduled on Wednesday, November 15, 2023.

    IT IS HEREBY ORDERED that the parties are advised that the Court intends to adjourn trial in this matter by at least six weeks. Not later than **5:00 P.M. on Monday, November 13, 2023**, the parties must file a joint letter stating whether, in light of the adjournment, the issues raised by the November 3, 2023, motion to suppress are moot. If the November 3, 2023, motion to suppress remains ripe for adjudication, the parties must also inform the Court whether they seek to reopen the August 18, 2023, motion to suppress.

**SO ORDERED.**

Date:  November 10, 2023
         New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**