USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                  :
:
                -against-                           :       22-CR-582 (VEC)
:
:                ORDER
NELSON OLIVO,                                    :
                          Defendant.       :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a status conference on Friday, November 17, 2023.

      IT IS HEREBY ORDERED that jury selection and trial in this matter is ADJOURNED to **Tuesday, February 20, 2024, at 10:00 A.M.** The final pretrial conference will be held on **Thursday, February 15, 2024, at 3:00 P.M.** Any supplemental motions *in limine*, requests to charge, or proposed voir dire are due on **February 9, 2024**. All proceedings will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  November 19, 2023
           New York, NY

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**