USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                   22-CR-582 (VEC)

NELSON OLIVO,                                 ORDER

                      Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 9, 2024, Mr. Olivo filed motions *in limine* to exclude certain exhibits and testimony, Dkts. 133–36.

IT IS HEREBY ORDERED that not later than **5:00 P.M. on Monday, February 12, 2024**, the Government must share electronic copies of its exhibits with the Court.

**SO ORDERED.**

**Date:** February 12, 2024
      New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**