```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

             -against-                      22-CR-582 (VEC)

    NELSON OLIVO,                            ORDER

                      Defendant.
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that, not later than **9:00 A.M. on Friday, February 23, 2024**, Mr. Olivo must submit any proposed theory of the defense charge.

**SO ORDERED.**

Date: February 22, 2024
      New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**