```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                            :
:
           -against-                                    :    22-CR-582 (VEC)
:
NELSON OLIVO,                                                        :    <u>ORDER</u>
:
                         Defendant.    :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 26, 2024, Mr. Olivo was found guilty of conspiracy to distribute or possess with intent to distribute controlled substances.

       IT IS HEREBY ORDERED that Mr. Olivo will be sentenced on **Thursday, June 27, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due on **June 13, 2024**.

       IT IS FURTHER ORDERED that any post-trial motions are due on **March 12, 2024**. The Government's response to any post-trial motions is due **March 26, 2024**, and the Defendant's reply is due **April 2, 2024**.

**SO ORDERED.**


**SO ORDERED.**

**Date:  February 26, 2024**
       **New York, NY**                                    _____
                                                                                 **VALERIE CAPRONI**
                                                                                 **United States District Judge**