# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212-880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 12, 2024

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/12/2024

<u>VIA ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. Figueroa, et al.</u>, 22 Cr. 582 (VEC)

Dear Judge Caproni:

In order to preserve all arguments as to the sufficiency of the evidence to convict Mr. Olivo, we hereby move pursuant to Federal Rule of Criminal Procedure 29(c) for a judgment of acquittal on Count One of the Superseding Indictment (Dkt. No. 61) of which Mr. Olivo was convicted.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy
Thomas McKay
Courtney Morphet
Victor Obasaju

cc: Counsel of record

---

Application DENIED. "[V]iewing the evidence in the light most favorable to the prosecution," the Court finds that there is more than sufficient evidence from which a rational trier of fact could have found that the Government proved "the essential elements of the crime beyond a reasonable doubt." *United States v. Taylor*, 475 F. App'x 780, 781 (2d Cir. 2012).

SO ORDERED.

*[signature]*
03/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE