**MEMO ENDORSED**

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

October 11, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2024

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Figueroa, et al., 22 Cr. 582 (VEC)

Dear Judge Caproni:

We represent Mr. Nelson Olivo, a defendant in the above-captioned matter. Pursuant to Rule 3(A)(i) of Your Honor's Individual Practices in Criminal Cases, we ask that Your Honor accept under seal the unredacted version of Mr. Olivo's sentencing memorandum. We filed a redacted version of the memorandum on the docket moments ago in accordance with Rule(A)(ii).[1]

The redactions are appropriate because they discuss minors' names, the proffer of a witness, and Mr. Olivo's sensitive information, including medical information and references to Mr. Olivo's disciplinary records at MDC. The government consents to this request.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*

Kathleen E. Cassidy
Thomas McKay
Courtney Morphet
Victor O. Obasaju

cc:   AUSA Matthew R. Shahabian (by ECF)
      AUSA Jane Y. Chong (by ECF)

---

[1] Pursuant to Rule 3(A)(iii), we intend to email the unredacted version of Mr. Olivo's letter to CaproniNYSDChambers@nysd.uscourts.gov (with the information to be redacted highlighted in grey).

Application GRANTED with respect to Exhibits A, C, D, and E of Mr. Olivo's Sentencing Submission.

Application DENIED without prejudice with respect to Exhibit B of Mr. Olivo's Sentencing Submission and the reference to Exhibit B in the Sentencing Submission. Not later than **Friday, October 18, 2024**, Mr. Olivo must either file an unredacted version of Exhibit B and a properly redacted version of the Sentencing Submission on the public docket, or file a letter explaining why Exhibit B should be filed under seal.

SO ORDERED.

10/15/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE