UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                                    22-CR-582 (VEC)

    NELSON OLIVO,                                            <u>ORDER</u>

                                Defendant.
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that Mr. Olivo's sentencing, originally scheduled for today, October 25, 2024, is ADJOURNED *sine die*. The sentencing will be rescheduled as soon as practicable.

**SO ORDERED.**

Date:  October 25, 2024
          New York, NY

                                                    **VALERIE CAPRONI**
                                                  **United States District Judge**