UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
            -against-                    :       22-CR-582 (VEC)
:
:       <u>ORDER</u>
NELSON OLIVO, :
                         Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mr. Olivo will be sentenced on **Monday, December 9, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: November 14, 2024**
**New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**