UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 : 
UNITED STATES OF AMERICA, :
 :
            -against- : 22-CR-582 (VEC)
 :
NELSON OLIVO, : ORDER
 :
           Defendant. :
 :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mr. Olivo's sentencing, originally scheduled for today, December 9, 2024, is ADJOURNED to **Friday, December 13, 2024, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: December 9, 2024
      New York, NY

                             **VALERIE CAPRONI**
                             **United States District Judge**