TRULINCS 26500510 - OLIVO, NELSON - Unit: SCH-E-B

---

FROM: 26500510
TO:
SUBJECT:
DATE: 06/20/2025 02:48:01 PM

UNITED STATES DISTRICT COURT FOR THE SOUTERN DISTRICT OF NEW YORK,

**MEMO ENDORSED**

CASE NUMBER, S122-CR-00582(VEC)

UNITED STATES OF AMERICA,

PLAINTIFF,

NELSON OLVIO,

DEFENDANT,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2025

MOTION TO BE RELEASE PENDING APPEAL PURSUANT TO RULE 18 USC 3143(b)
DUE TO AN ILLEGAL SEARCH AND SEIZURE A VIOLATION OF THE IV AMENDMENT

Background Mr.. Nelson Olvio was sentence for 14 years in United States District Court for the southern district of New York for 21; U.S.C. 846,AND 841, (B)(1)(A) Narcotics Conspiracy ct in the first indictment the government charged Joel Cosme Figueroa and Andy Mercado and Nelson Olvio AKA El Jabon as number 3 in the indictment in the original indictment the government superseding the indictment because Mr.. Olvio would not take a plea deal the agent also claims that he reauthorizing a United states code ("Title III) for 18 : U.S.C. 2515 but the speedy trial act 18: U.S.C. 3162 Because Mr..,Olvio he suffered prejudice as the delay result a defendant conviction may be reversed even when he fail to preserve an argument siting in MDC Brooklyn for over 2 years

[ARGUMENT]

Application DENIED. Mr. Olivo was convicted of an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act. *See* 21 U.S.C. § 841(b)(1)(A). Accordingly, detention pending appeal is mandatory. 18 U.S.C. § 3143(b)(2).

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Olivo and to note mailing on the docket.

SO ORDERED.

*[signature]*  7/8/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE